IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | : : : | |
| *Plaintiff*, | : : | Case No. 22-582-RGA |
| v. | : : | |
| | : | **JURY TRIAL DEMANDED** |
| THE CRITERION COLLECTION INC., | : : | |
| *Defendant*. | : | |

## AGREED-UPON MOTION AND [PROPOSED] ORDER TO EXTEND TIME

Counsel for Plaintiff Quantum Technology Innovations, LLC was in contact with a representative of Defendant The Criterion Collection Inc. and agreed, with the Court's permission, that the deadline for The Criterion Collection Inc. to answer, plead, or otherwise respond to the Complaint (D.I. 1) shall be extended through and including October 28, 2022.

Dated: September 7, 2022

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133

Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Quantum Technology Innovations, LLC*

SO ORDERED this _____ day of_____, 2022.

_____
UNITED STATES DISTRICT JUDGE

2